IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

LEE F. MERCIER, as Representative
for the Testate and/or Intestate Heirs of
the Remainder Beneficiaries Named in
Article V, Paragraph 3(b) of the
Felicione Trust,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D13-5162

     Appellant,

v.

MARSHA G. RYDBERG, as Personal
Representative of the Estate of Idalia
Felicione, deceased,

and

BANK OF AMERICA, N.A., as
Trustee of the Eugene Felicione Trust,

     Appellees.

_____/

Opinion filed July 28, 2014.

An appeal from the Circuit Court for Duval County.
Peter L. Dearing, Judge.

William A. Bald of Pajcic & Pajcic, P.A., Jacksonville, for Appellant.

John A. DeVault, III, John G. Woodlee, and Courtney K. Grimm of Bedell, Dittmar, DeVault, Pillans & Coxe, P.A., Jacksonville, for Appellee Marsha G. Rydberg, as Personal Representative of the Estate of Idalia Felicione, Deceased.


PER CURIAM.

     AFFIRMED.

RAY, SWANSON, and OSTERHAUS, JJ., CONCUR.